IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN WADE GOODSON**                                                                                 **PLAINTIFF**

v.                              **Case No. 4:25-cv-00425-KGB**

**COMMISSIONER,**
**SOCIAL SECRUITY AMINISTRATION**                                                      **DEFENDANT**

## ORDER

Before the Court is the Findings and Recommendation ("Recommendation") of United States Magistrate Judge Jerome T. Kearney (Dkt. No. 11). The parties have not responded or objected to the Recommendation, and the time to do so has passed. For good cause shown, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. The Court Orders that the case be remanded for further administrative review in accordance with the terms outlined in the Recommendation now adopted by this Court.

It is so ordered this 20th day of January, 2026.

*[signature: Kristine G. Baker]*
Kristine G. Baker
Chief United States District Judge